IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THERESA PEDERNERA, *derivatively on behalf of* AAC HOLDINGS, INC, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MICHAEL T. CARTWRIGHT, *et al*., | ) ) |
| Defendants. | |

NO. 3:19-cv-00777

JUDGE RICHARDSON

## **ORDER**

On September 23, 2019, this case was consolidated with Case No. 3:19-cv-00717 ("lead case"). (Doc. No. 13). On April 27, 2021, the Court entered an Order dismissing the lead case without prejudice and instructing the Clerk to close the file. (Case No. 3:19-cv-00717, Doc. No. 29). Case No. 3:19-cv-00777 was inadvertently left open. Accordingly, the Clerk is directed to close this case, as it has been dismissed without prejudice.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE